THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ABEL ROSAS, Respondent.

Submitted November 20, 2006; decided December 14, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.